IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | }<br>}<br>} |
| Plaintiff, | } CIVIL ACTION NO.<br>}<br>}<br>}<br>} |
| v. | }<br>}<br>} |
| YOUR HEALTH TEAM, L.L.C. | } JURY TRIAL DEMAND<br>} |
| Defendant. | }<br>} |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Zanna Clore who was terminated based on her sex, female, and because of her pregnancy.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Sec. 1981a.

COMPLAINT                                                                                                   1

2.      The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Texas, Dallas Division.

## PARTIES

3.      Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, as amended and is expressly authorized to bring this action by Section 706(a) of Title VII, 42 U.S.C. § 2000e-5(a).

4.      At all relevant times, Defendant, Your Health Team, L.L.C., ("Defendant") has continuously been and is now doing business in the State of Texas and has continuously had at least fifteen employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Zanna Clore filed a charge with the Commission alleging violations of Title VII of the Civil Rights Act of 1964, as amended, by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      During the employment of Zanna Clore, the Defendant engaged in unlawful employment practices in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1) by terminating Zanna Clore's employment because she was pregnant.

8. Clore was hired as home health aide by Defendant. Some of the duties that Clore performed included, but were not limited to: taking vital signs, assisting her patients in and out of the bathtub, helping with grooming, making beds, and washing clothes.

9. Clore learned that she was pregnant on approximately February 14, 2012. On or about March 1, 2012, she told her supervisor that she was pregnant and experiencing morning sickness. Although Clore did not tell her supervisor that she had any concerns about performing her job duties, Clore was required to bring in a doctor's note stating any restrictions she had. Approximately 10-15 minutes after Clore provided the document's note, she was terminated. The supervisor told Clore that she was a high risk pregnancy and Defendant couldn't keep her on.

10. Defendant did not discuss any possible accommodations with Clore, instead terminating her employment effective immediately.

11. The result of the foregoing practices has been to deprive Zanna Clore of equal employment opportunities because of her sex.

12. The unlawful employment practices complained of in paragraphs 7-10 above were intentional.

13. The unlawful employment practices complained of in paragraphs 7-10 above were done with malice or with reckless indifference to the federally protected rights of Zanna Clore.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant, Your Health Team, L.L.C., its officers, successors, assigns, and all persons in active concert or participation with it,

from engaging in any employment practice which discriminates on the basis of sex, specifically with respect to pregnancy.

  B. Order the Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, including pregnant females, and which eradicate the effects of its past and present unlawful employment practices.

  C. Order the Defendant to make whole Zanna Clore by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, pecuniary losses, compensatory damages including out-of-pocket expenses, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

  D. Order the Defendant to make Zanna Clore whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-10 above, including but not limited to out-of-pocket job searchand medical expenses.

  E. Order the Defendant to make Zanna Clore whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices described in paragraphs 7-10 above, including but not limited to, pain and suffering, humiliation, embarrassment, emotional distress, anxiety, and loss of enjoyment of life, in amounts to be determined at trial.

  F. Order the Defendant to pay Zanna Clore punitive or exemplary damages for its intentional, malicious conduct or reckless indifference described and referenced in paragraphs 7-10 above, in an amount to be determined at trial.

COMPLAINT  4

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470

　/S/ Joel Clark
JOEL P. CLARK
Senior Trial Attorney
Texas Bar No. 24050425

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 S. Houston, Third Floor
Dallas, Texas 75202
(214) 253-2743
(214) 253-2749 (FAX)